# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKER FARMING COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 1:24-cv-01120-SAB<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE PLAINTIFF'S COMPLAINT<br><br>(ECF No. 7) |

On November 20, 2024, Defendant filed an unopposed motion for a sixty-day extension of time for Defendant United States of America to file a response to the complaint in this matter.[1]

Accordingly, IT IS HEREBY ORDERED that Defendant United States of America shall file a responsive pleading **on or before January 24, 2025**.

IT IS SO ORDERED.

Dated: **November 21, 2024**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] Defendant provides a declaration confirming counsel conferred with Plaintiff's counsel on November 14, 2024. (ECF No. 7-1 at 2.) Defendant proffers that Plaintiff does not oppose the extension. The Court strongly encourages the parties to file a stipulation where they have agreed to the request submitted. L.R. 144(a).

1