# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKER FARMING COMPANY, LLC, | Case No. 1:24-cv-01120-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES AND CONTINUE SCHEDULING CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, et al., | (ECF No. 11) |
| Defendants. | |

On September 20, 2024, Plaintiff filed a complaint seeking a federal employment tax refund pursuant to 26 U.S.C. §7422 and 28 U.S.C. § 1346.  (ECF No. 1.)  A mandatory scheduling conference was set for March 11, 2025.  (ECF Nos. 4.)  On November 21, 2024, the Court granted Defendant's unopposed motion to extend time to file a responsive pleading by January 24, 2025.  (ECF No. 8.)  On January 22, 2025, the parties filed a stipulated motion to extend the time by which Defendant must file a responsive pleading by an additional ninety days and continue the March 11, 2025 scheduling conference by ninety days.  (ECF No. 43.)  The parties proffer the continuance will allow the parties time to continue discussing alternative means to resolve all issues in this case.

Accordingly, good cause appearing, it is HEREBY ORDERED that:

1. The parties' stipulated motion to extend deadlines and continue the scheduling conference (ECF No. 11) is GRANTED;

2. The deadline for Defendant to file a responsive pleading is extended to **April 24, 2025**;

3. The scheduling conference set for March 11, 2025, is CONTINUED to **June 10, 2025, at 11:30 a.m.** in Courtroom 9; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **January 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2