# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKER FARMING COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No. 1:24-cv-01120-KES-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES AND CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 13) |

On September 20, 2024, Plaintiff filed a complaint seeking a federal employment tax refund pursuant to 26 U.S.C. §7422 and 28 U.S.C. § 1346. (ECF No. 1.) A mandatory scheduling conference is currently set for June 10, 2025. (ECF No. 12.)

On April 15, 2025, the parties filed a stipulated motion to extend the time by which Defendant must file a responsive pleading by an additional thirty days and continue the scheduling conference by thirty days. (ECF No. 13.) The parties proffer the continuance will allow the parties time to finalize an agreement to resolve this case.

Accordingly, good cause appearing, it is HEREBY ORDERED that:

1. The parties' stipulated motion to extend deadlines and continue the scheduling conference (ECF No. 13) is GRANTED;

2. The deadline for Defendant to file a responsive pleading is extended to **May 27, 2025**;

1

3. The scheduling conference set for June 10, 2025, is CONTINUED to **July 10, 2025, at 1:30 p.m.** in Courtroom 9; and

4. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**April 16, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

2